UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TRUSTEES OF THE HOTEL EMPLOYEES AND
RESTAURANT EMPLOYEES INTERNATIONAL
UNION WELFARE FUND and TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

                              **AFFIDAVIT OF SERVICE**

                              Case No. 08 Civ. 5380

                                  Plaintiffs,
          -against-

IL NIDO RESTAURANT CORPORATION d/b/a IL
NIDO RESTAURANT,
                              Defendant.
-------------------------------------------------------------------------X

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

    I, RICHARD D. STORM, being duly sworn state the following:

    I am not a party to this action, am over 18 years of age and reside at New York, NY.

    On August 21, 2008, I served the within Request to Enter Default and Declaration of Owen M. Rumelt by mailing a true copy to each of the following persons at the last known address set forth after each name below:

        Adi A. Giovannetti
        President
        Il Nido Ristorante
        251 East 53rd Street
        New York, NY  10022

                                                _____
                                              RICHARD D. STORM

Sworn to before me this
21st day of August, 2008

_____
    NOTARY PUBLIC

                                  CARL J LEVINE
                     Notary Public, State of New York
                          No. 01LE6017522
                        Qualified in Kings County
               Commission Expires Dec. 14, 20 _10_

18-003-00001 19300.doc